## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Ellen Hewitt,

                Plaintiff(s),

    v.

Safeco Insurance Company of America,

                Defendant(s).

Case No. CV 06-1748 BR

ORDER OF DISMISSAL

    The Court having been informed by counsel for the parties that this action has been settled,

    IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

    Dated: September 12, 2007

                                SHERYL S. McCONNELL, Clerk of Court

                                by ____/s/Steven L. Minetto_____
                                    Steven L. Minetto, Deputy Clerk

cc: Counsel

ORDER OF DISMISSAL